NATIONAL FIRE INS. CO. OF HARTFORD *v.* THRASH.

No. 39497          March 7, 1955          78 So. 2d 350

*O. B. Triplett, Jr.,* Forest; *Watkins & Eager,* Jackson, for appellant.

*Roy N. Lee,* Forest; *W. W. Pierce,* Jackson, for appellee.

HOLMES, J.

This case is affirmed in accordance with the opinion this day rendered in the case of the Continental Insurance Company v. Emmett Ross Thrash, No. 39,494. Affirmed.

*McGehee, C. J.,* and *Hall, Kyle* and *Gillespie, JJ.,* concur.